Minerva **PATRON,** Plaintiff–Appellant,

v.

**GREYHOUND BUS LINE,**
Defendant–Appellee.

No. 05–3717–cv.

United States Court of Appeals,
Second Circuit.

Jan. 30, 2007.

Minerva Patron, pro se, East Orange, NJ, for Plaintiff–Appellant.

John C. Bobber, Mintzer, Sarowitz, Zeris, Ledva & Meyers, New York, NY, for Defendant–Appellee.

Present: Hon. ROBERT A. KATZMANN, Hon. PETER W. HALL, Circuit Judges, Hon. DAVID G. TRAGER, District Judge.*

---

* The Honorable David G. Trager, United States District Judge for the Eastern District of New York, sitting by designation.

**64**

## SUMMARY ORDER

Plaintiff-appellant Minerva Patron, *pro se*, appeals from the judgment of the United States District Court for the Southern District of New York (Wood, *J.*) dismissing her complaint as time-barred and holding that equitable tolling was not applicable. The parties' familiarity with the facts is assumed. For the reasons stated in the District Court's order entered December 10, 2004, the judgment of the district court is **AFFIRMED.**